## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GILBERT M. MARTINEZ,

        Petitioner

        v.

THE BERKS COUNTY COMMON PLEAS
COURT AND THE COMMONWEALTH
COURT,

        Respondents

:  No. 102 MM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the "Emergency Petition for Writ of Mandamus and Prohibition" and the "Emergency Motion for Stay" are DENIED.